**Order entered November 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01005-CV

### IN THE INTEREST OF E.W.M., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53699-2018**

## ORDER

Before the Court is appellant's November 4, 2019 motion for a second thirty-day extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief be filed no later than December 12, 2019. We caution appellant that further extension requests will be disfavored.

We note the motion does not include the certificates of service and conference required by the rules of appellate procedure. *See* TEX. R. APP. P. 9.5(d), 10.1(a)(5). We caution that any further filings shall comply with the rules.

We **DIRECT** the Clerk of the Court to send a copy of this order to the parties and Brandi L. Crozier, appellee's trial counsel.

/s/  ERIN A. NOWELL
    JUSTICE